WILLIAM H. GRIDER et al., Appellants, *v.* HANNAH M. CORBIN et al., Executors of AUSTIN CORBIN, Deceased, Respondents.

*Grider* v. *Corbin*, 116 App. Div. 818, affirmed.
(Argued December 7, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 24, 1907, affirming a judgment in favor of defendants entered upon the report of a referee appointed to hear and determine a claim against the estate of Austin Corbin, deceased, based upon a foreign judgment.

*Edward J. Patterson* and *Charles T. Coleman* for appellants.

*George C. Austin* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

MARY BRACKIN, as Administratrix of the Estate of MICHAEL BRACKIN, Deceased, Respondent, *v.* CLIFFORD L. MILLER et al., Appellants.

*Brackin* v. *Miller*, 121 App. Div. 894, affirmed.
(Argued December 7, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1907, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendants' negligence.

*A. D. Jenney* for appellants.

*Jerome L. Cheney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.